UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YETI COOLERS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>WADLEY HOLDINGS, LLC d/b/a MEADOWCRAFT, and<br><br>SOUTHERN SALES & MARKETING GROUP, INC. d/b/a NICE,<br><br>　　Defendants. | CASE NO. 1:17CV421 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

　　Defendants, Wadley Holdings, LLC d/b/a Meadowcraft and Southern Sales & Marketing Group, Inc. d/b/a nICE (collectively, "Defendants"), without waiving any defenses described or referred to in Federal Rule 12, move to extend the time to object to, respond to, move, or otherwise answer Yeti Coolers, LLC's complaint by 30 days. Yeti does not oppose Defendants' requested extension. The current deadline to answer is June 1, 2017. The extended deadline would be July 3, 2017.

　　This motion is not made for delay, but only to permit orderly resolution of issues in the case.

　　Wherefore, Defendants respectfully request that the Court extend the time to object to, respond to, move, or otherwise answer the complaint by 30 days, until July 3, 2017.

Dated: May 31, 2017                    Respectfully Submitted

FISH & RICHARDSON P.C.


By: /s/ *Bailey K. Harris*
    Neil J. McNabnay
    mcnabnay@fr.com
    Texas Bar No. 24002583
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    (214) 747-5070 – Telephone
    (214) 747-2091 – Facsimile

    Bailey K. Karris *(admitted pro hac vice)*
    bharris@fr.com
    Texas Bar No. 24083139
    1221 McKinney St., Suite 2800
    Houston, TX 77010
    (713) 654-5300 – Telephone
    (713) 652-0109 – Facsimile

    **COUNSEL FOR DEFENDANT**
    WADLEY HOLDINGS, LLC D/B/A
    MEADOWCRAFT AND SOUTHERN SALES &
    MARKETING GROUP, INC. D/B/A NICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 31, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Bailey K. Harris*
Bailey K. Harris
